# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 14-14678-AMC

Carl D. Chandler, II

150 E. Meehan Avenue

Philadelphia, PA 19119

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    Carl D. Chandler, II

    150 E. Meehan Avenue

    Philadelphia, PA 19119

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    CURTIS CENTER - SUITE 160 WEST
    601 WALNUT STREET
    PHILA, PA 19106-

Date: 1/19/2017

                                                          /S/ William C. Miller
                                                          _____

                                                          William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee