# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-14678-AMC

Carl D. Chandler, II

150 E. Meehan Avenue

Philadelphia, PA 19119

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

Carl D. Chandler, II

150 E. Meehan Avenue

Philadelphia, PA 19119

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

                              /S/ William C. Miller

Date: 4/4/2017                     _____

                                 William C. Miller, Esquire
                                 Chapter 13 Standing Trustee