# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carl D. Chandler II<br>    Debtor | |
| | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>    Movant | |
|   vs. | NO. 14-14678 AMC |
| Carl D. Chandler II<br>    Debtor | |
| William C. Miller, Esq.<br>    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Stay of Lakeview Loan Servicing, LLC, which was filed with the Court on or about January 10, 2018 (Document No. 83).

              Respectfully submitted,

              **/s/ Kevin G. McDonald, Esquire**
              Kevin G. McDonald, Esquire
              Attorney for Movant
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322

March 2, 2018