```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                             Case No. 14-14678-amc
Carl D. Chandler, II                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: SaraR                 Page 1 of 3                  Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW             Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db             +Carl D. Chandler, II,    150 E. Meehan Avenue,    Philadelphia, PA 19119-2158
cr             +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13326342       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13325460       +Aes/M&T Elt - Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13411078        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13325461       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13325462      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13325463        Bureau of Collection & Taxpayer Services,     P.O. Box 281041,    Harrisburg, PA 17128-1041
14035671       +CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673,    Atty for The Huntington National Bank,
                 123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
13325464       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13325465       +Citizen Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13342456       +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13325467        City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
                 Philadelphia, PA 19130-6318
13325471       +City of Philadelphia,    Code violation Enforecment dept,    PO Box 56318,
                 Philadelphia, PA 19130-6318
13325468        City of Philadelphia,    Dept. of Licenses and Inspections,    PO Box 1942,
                 Philadelphia, PA 19105-1942
13604638        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13325473       #+Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
13400833        First Merit Bank, N.A.,    First Merit,    4456 Hills & Dales Road NW,    Canton, OH 44708
13325474       +Firstmerit Mortgage Co,    4455 Hills And Dales Rd,    Canton, OH 44708-1505
13325477       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13353809       +M & T Bank,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13325480       +Maryland Transportation Authority,    P.O. Box 17600,    Baltimore, MD 21297-1600
13325483       +PA Turnpike Commission,    Violation Processing Ctr,    8000C Derry Street,
                 Harrisburg, PA 17111-5287
13353112       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13325484        Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
13325485        Penn Medicine,    UPHS Physicians Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
13325486       +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13325488       +State of Delaware of Transportation,    Delaware EZ Pass Violation Center,    PO Box 697,
                 Dover, DE 19903-0697
13325490        Thomas Jefferson University Hospital,     P.O. Box 8500-3100,    Philadelphia, PA 19178-3100
13405037       +U.S. Department of HUD,    HUD Claim Number: 780764715,    52 Corporate Circle,
                 Albany, NY 12203-5166
13325491        UPHS PPMC Patient Pay,    PO Box 824314,    Philadelphia, PA 19182-4314
14262175       +Wells Fargo Bank N.A.,    P.O Box 14487,    Des Moines IA 50306-3487
13344453       +Wells Fargo Bank NA,    PO Box 14487,    Des Moines IA 50306-3487
13325494       +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:15     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:14     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
13373652        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2019 03:45:56
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13325470        E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:14     City of Philadelphia,
                 Dept of Revenue,    PO Box 41496,    Philadelphia, PA 19101
13325469        E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:14     City of Philadelphia,
                 Dept of Streets,    PO Box 966,    Philadelphia, PA 19105
13413140        E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:14     City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13435778       +E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:14
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13325466       +E-mail/Text: bankruptcy@philapark.org Jul 18 2019 03:38:47     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13325472       +E-mail/Text: bankruptcy@philapark.org Jul 18 2019 03:38:47     City ofr Philadelphia,
                 Office of Deputy Director,    PO Box 41818,    Philadelphia, PA 19101-1818
13604638        E-mail/Text: ECMCBKNotices@ecmc.org Jul 18 2019 03:37:23     ECMC,    PO Box 16408,
                 St. Paul, MN 55116-0408
```

```
District/off: 0313-2          User: SaraR                  Page 2 of 3                  Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13325475       E-mail/Text: creditsolutiongroup@fmfcu.org Jul 18 2019 03:36:52     Franklin Mint Fcu Il,
               1974 Sproul Rd Ste 300,   Broomall, PA 19008
13325476       E-mail/Text: cio.bncmail@irs.gov Jul 18 2019 03:37:08      Internal Revenue Service,
               Attn: Special Procedures,   6th and Arch Streets,   Philadelphia, PA 19106
13393894       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2019 03:38:05     Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
13325478      +E-mail/Text: bankruptcy@philapark.org Jul 18 2019 03:38:48     LDC Collection Systems,
               P.O. Box 41819,   Philadelphia, PA 19101-1819
13325479       E-mail/Text: camanagement@mtb.com Jul 18 2019 03:37:14     M & T Bank,   1 Fountain Plz,
               Buffalo, NY 14203
13325481      +E-mail/PDF: cbp@onemainfinancial.com Jul 18 2019 03:28:53     Onemainfi,   P.O. Box 499,
               Hanover, MD 21076-0499
13344899       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:31:12
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13325482      +E-mail/Text: blegal@phfa.org Jul 18 2019 03:37:57     Pa Housing Finance Age,   211 N Front St,
               Harrisburg, PA 17101-1406
13339828       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:33
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
13325487       E-mail/PDF: cbp@onemainfinancial.com Jul 18 2019 03:28:53     Springleaf Financial S,
               601 Nw 2nd St,   Evansville, IN 47708
13454770       E-mail/PDF: cbp@onemainfinancial.com Jul 18 2019 03:29:58     Springleaf Financial Services,
               PO Box 3251,   Evansville, IN 47731
13325489      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:59     The Home Depot,   P.O. Box 105980,
               Dept. 51,   Atlanta, GA 30348-5980
13325492      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2019 03:36:52
               Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13325493       E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:15     Water Revenue Bureau,
               1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*            ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:

```
          ALEXANDRA T. GARCIA    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
          DAVID M. OFFEN    on behalf of Debtor Carl D. Chandler, II dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
```

```
District/off: 0313-2          User: SaraR              Page 3 of 3            Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW          Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    The Huntington National Bank
               ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    FirstMerit Bank, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Firstmerit Bank, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    FirstMerit Bank, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Carl D. Chandler, II

    Debtor(s)

Bankruptcy No: 14–14678–amc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 7/17/19

92 – 91
Form 138_new